# Court of Appeals
# of the State of Georgia

ATLANTA,  February 25, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0555.  WILKERSON v. THE STATE.**

This case was docketed by this court on October 4, 2018. The appellant's brief and enumeration of errors were due on October 24, 2018. As of the date of this order, appellant still has not filed a brief and enumeration of errors. The filing is one-hundred and twenty-five (125) days late, and no request for an extension of time to file has been received. Accordingly, this appeal is hereby deemed abandoned and DISMISSED pursuant to Court of Appeals Rule 23 (a). See also Court of Appeals Rule 13.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/25/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*